No. 82–5712.   SMITH *v.* SMITH.   Ct. App. D. C.   Certiorari denied.

No. 82–5718.   LONZO *v.* FRANZEN.   C. A. 7th Cir.   Certiorari denied.

No. 82–5720.   KENT *v.* MISSOURI.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 82–5722.   RICHARDSON *v.* RAY ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–5724.   SANTANA *v.* FENTON, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–5725.   JONES *v.* MARKS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–5726.   MOORE ET AL. *v.* ROSS, INDUSTRIAL COMMISSIONER OF NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–5727.   EDWARDS *v.* JERNIGAN, WARDEN, MACON CORRECTIONAL CENTER.   C. A. 11th Cir.   Certiorari denied.

No. 82–5729.   WOLFEL *v.* SANBORN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–5730.   HARTMAN, ADMINISTRATRIX OF THE ESTATE OF HARTMAN *v.* NORTHERN INDIANA PUBLIC SERVICE Co.   C. A. 7th Cir.   Certiorari denied.

No. 82–5731.   CURTIS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–5732.   QUINONES-NAVARETTE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.